UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEREMY TURNER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:17-cv-00139-MMD-WGC<br><br>ORDER |

This case is a *pro se* petition for a writ of habeas corpus by Nevada prisoner Jeremy Turner. On June 5, 2017, the respondents filed a motion to dismiss, along with some 116 exhibits, representing the state-court record in Turner's case (ECF Nos. 10, 11, 12, 13, 14, 16). Turner is due to respond to the motion to dismiss by August 4, 2017. (*See* Order entered April 4, 2017 (ECF No. 5) (60 days for response to motion to dismiss).)

On July 10, 2017, Turner filed a motion for appointment of counsel (ECF No. 18). The Court previously denied a motion by Turner for appointment of counsel in this case. (*See* Order entered April 4, 2017 (ECF No. 5).) The Court remains of the view that appointment of counsel is not warranted in this case. Turner's motion for appointment of counsel will be denied.

Respondents' motion to dismiss raises only the issue of exhaustion of Turner's claims in state court — *i.e.* whether Turner has made in state court the claims that he makes here in federal court. It appears that respondents have filed sufficient material from

1 | the state-court record for the Court to resolve those issues. The exhaustion issues turn
2 | on well-settled legal principles.
3 |   However, the Court will, *sua sponte*, grant Turner an extension of time to respond
4 | to the motion to dismiss.
5 |   It is therefore ordered that petitioner's Motion for Appointment of Counsel (ECF
6 | No. 18) is denied.
7 |   It is further ordered that petitioner will have until and including September 22, 2017,
8 | to respond to respondents' motion to dismiss (ECF No. 10). In all other respects, the
9 | schedule for further proceedings set forth in the order entered April 4, 2017 (ECF No. 5)
10 | will remain in effect.
11 |   DATED THIS 11th day of July 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE