UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEREMY TURNER, | Case No. 3:17-cv-00139-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

In this habeas corpus action, on October 17, 2017, the Court granted petitioner Jeremy Turner's motion for leave to amend his petition (ECF No. 26), and then Turner filed his amended petition on December 18, 2017 (ECF No. 27). The Court will, therefore, set a schedule for further proceedings.

It is ordered that respondents will have ninety (90) days from the date of this order to answer or otherwise respond to the amended habeas petition (ECF No. 27).

In all other respects the schedule for further proceedings set forth in the order entered April 4, 2017 (ECF No. 5), will remain in effect: if respondents file an answer, petitioner will have sixty (60) days to file a reply to the answer. If respondents file a motion to dismiss, petitioner will have sixty (60) days to file a response to the motion to dismiss, and then respondents will have thirty (30) days to file a reply to petitioner's response.

DATED THIS 21st day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE