UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEREMY TURNER,<br><br>            Petitioner,<br>   v.<br><br>RENEE BAKER, *et al.*,<br><br>            Respondents. | Case No. 3:17-cv-00139-MMD-WGC<br><br>ORDER |

In this habeas corpus action, on August 20, 2018, the Court ruled on the Respondents' motion to dismiss, dismissed certain of the Petitioner's claims, and ordered the Respondents to file an answer, responding to the Petitioner's remaining claims, within 90 days. (*See* Order entered August 20, 2018 (ECF No. 34).)

On November 16, 2018, Respondents filed a motion for an extension of time (ECF No. 35), requesting a 45-day extension of time, to January 3, 2019, for the answer. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 35) is granted. Respondents will have until January 3, 2019, to file their answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered April 4, 2017 (ECF No. #5), will remain in effect; under that

order, the Petitioner will have 60 days, after the Respondents' file their answer, to file a reply to the answer.

DATED THIS 20th day of November 2018.

_____
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE