1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                 DISTRICT OF NEVADA

8                                          * * *

9   JEREMY TURNER,                              Case No. 3:17-cv-00139-MMD-WGC

10                              Petitioner,                    ORDER

11          v.

12  RENEE BAKER, *et al.*,

13                            Respondents.

14

15          In this habeas corpus action, on August 20, 2018, the Court ruled on the

16  Respondents' motion to dismiss, dismissed certain of the Petitioner's claims, and ordered

17  the Respondents to file an answer responding to the Petitioner's remaining claims within

18  90 days. (*See* ECF No. 34 (Order entered August 20, 2018).) The deadline for the answer

19  was subsequently extended by 45 days, to January 3, 2019. (*See* ECF No. 36 (Order

20  entered November 20, 2018).)

21          On January 3, 2019, Respondents filed a motion for an extension of time (ECF No.

22  37), requesting a further 46-day extension, to February 18, 2019, for the answer. As

23  February 18 is a holiday, the extension requested by Respondents would actually be for

24  47 days, to February 19, 2019. Petitioner, Jeremy Turner, filed an opposition to the motion

25  for extension of time on January 10, 2019. (ECF No. 38.) Respondents' counsel states

26  that the extension of time is necessary primarily because of her obligations in other cases.

27  ///

28   ///

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the extension of time. However, in view of the amount of time that Respondents will have had to file their answer, the Court will not look favorably upon any motion to further extend this deadline.

It is therefore ordered that Respondents' Motion for Enlargement of Time (Second Request) (ECF No. 37) is granted. Respondents will have until February 19, 2019, to file their answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered April 4, 2017 (ECF No. 5) will remain in effect; under that order, the Petitioner will have 60 days, after Respondents' file their answer, to file a reply to the answer.

DATED THIS 11th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE