UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEREMY TURNER,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:17-cv-00139-MMD-WGC

ORDER

In this habeas corpus action, the petitioner, Jeremy Turner, has filed a fourth motion for appointment of counsel (ECF No. 41). The Court declines to reconsider its prior rulings that appointment of counsel is not warranted. (*See* Order entered April 4, 2017 (ECF No. 5); Order entered July 11, 2017 (ECF No. 19); Order entered August 20, 2018 (ECF No. 34).) Thus, the pending motion for appointment of counsel will be denied.

Turner has also filed a motion for extension of time (ECF No. 42). That motion is unnecessary, as there is no deadline requiring Turner to take any action at this time. Respondents are due to file an answer by February 19, 2019. (*See* Order entered January 11, 2019 (ECF No. 39).) Turner will then have sixty days (from the date of filing of the answer) to file a reply to the answer. (*See* Order entered April 4, 2017 (ECF No. 5).)

It is therefore ordered that Petitioner's Motion for Appointment of Counsel (ECF No. 41) is denied.

It is further ordered that Petitioner's Motion for Enlargement of Time (ECF No. 42) is denied.

///

///

///

DATED THIS 28th day of January 2019.

								_____
								MIRANDA M. DU,
								UNITED STATES DISTRICT JUDGE