UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEREMY TURNER,<br><br>                  Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>                  Respondents. | Case No. 3:17-cv-00139-MMD-WGC<br><br>ORDER |

In this habeas corpus action, on August 20, 2018, the Court ruled on the Respondents' motion to dismiss, dismissed certain of the Petitioner's claims, and ordered the Respondents to file an answer responding to the Petitioner's remaining claims within 90 days. (*See* ECF No. 34 (Order entered August 20, 2018).) The deadline for the answer was subsequently extended by 45 days, to January 3, 2019, and then by 46 days, to February 19, 2019. (*See* ECF No. 36 (Order entered November 20, 2018); ECF No. 39 (Order entered January 11, 2019).)

On February 8, 2019, Respondents filed a motion for an extension of time (ECF No. 45), requesting a further 30-day extension, to March 21, 2019, for the answer. Respondents' counsel states that the extension of time is necessary because she only recently, on January 18, 2019, was assigned responsibility for this case, and because of her obligations in other cases.

///

///

1     The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the extension of time.

    It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 45) is granted. Respondents will have until March 21, 2019, to file their answer.

    It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered April 4, 2017 (ECF No. 5) will remain in effect; under that order, the Petitioner will have 60 days, after Respondents' file their answer, to file a reply to the answer.

    DATED THIS 12th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE