# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JEREMY TURNER,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:17-cv-00139-MMD-WGC

ORDER

In this habeas corpus action, on March 21, 2019, Respondents filed an answer to the amended habeas petition (ECF No. 53). *Pro se* Petitioner Jeremy Turner then filed a reply to the answer on July 23, 2019 (ECF No. 57).

On July 23, 2019, Turner also filed a document entitled "Motion for Enlargement of Time to File Supplemental Points and Authorities" (ECF No. 56). In that motion, Turner requests leave of court to file a supplemental reply; he requests 30 days to do so. Taking into account that Turner is incarcerated and appears *pro se*, the Court will grant his request for an opportunity to further reply to Respondents' answer. Further, having examined the answer, and also the reply that Turner has filed, the Court determines that a response to Turner's reply and any supplemental reply will be helpful to the Court, and the Court will set a schedule for Respondents to file a response to Turner's replies. The Court will not be inclined to allow any further briefing beyond that allowed by this order.

It is therefore ordered that Petitioner's Motion for Enlargement of Time to File Supplemental Points and Authorities (ECF No. 56) is granted. Petitioner will have 30 days from the date of this order to file a supplemental reply to Respondents' answer.

///

///

It is further ordered that Respondents will have 60 days from the date of this order to file a response to Petitioner's reply and any supplemental reply to their answer.

DATED THIS 24th day of July 2019.

MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE